# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALONSO DE NIZ MENDEZ, et al., | Case No. 1:26-cv-02404-JLT-SAB-HC |
| Petitioners, | ORDER GRANTING PRO HAC VICE APPLICATION |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | (ECF No. 3) |
| Respondents. | |

The Court has read and considered the application of Marti L. Jones, attorney for Petitioners, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Marti L. Jones's application for admission to practice Pro Hac Vice (ECF No. 3) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:    **April 22, 2026**

STANLEY A. BOONE
United States Magistrate Judge